CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 03 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY BINNS,<br>　　Plaintiff, | Civil Action No. 7:17-cv-00535 |
| v. | ORDER |
| COMMONWEALTH OF<br>VIRGINIA, et al.,<br>　　Defendants. | By:　Hon. Michael F. Urbanski<br>　　　Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket.

ENTER: This 3rd day of May, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge